**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1233

_____

RANDY L. THOMAS,

Plaintiff - Appellant,

versus

HELMS, MULLISS, WICKER PLLC; JAMES G.
MIDDLEBROOKS; MARK W. JOHNSON,

Defendants - Appellees.

_____

No. 07-1325

_____

RANDY L. THOMAS,

Plaintiff - Appellant,

versus

HELMS, MULLISS, WICKER PLLC; JAMES G.
MIDDLEBROOKS; MARK W. JOHNSON,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Senior
District Judge. (3:07-cv-00052-W)

_____

Submitted: June 21, 2007          Decided: June 26, 2007

_____

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Randy L. Thomas, Appellant Pro Se.  Douglas William Ey, Jr., HELMS, MULLISS & WICKER, PLLC, Charlotte, North Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas appeals the district court's orders transferring the case to a particular district court judge, denying relief on his 42 U.S.C. § 1983 (2000) complaint, and denying his motions for sanctions and to recuse the district court judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thomas v. Helms, Mullis, Wicker PLLC</u>, No. 3:07-cv-00052-W (W.D.N.C. Mar. 7, 2007; Apr. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>